CARL J. LIANO *v.* CITY OF BRIDGEPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 75 (AC 18550), is denied.

*Carl J. Liano*, pro se, in support of the petition.

*Jason M. Dodge*, in opposition.

Decided December 13, 1999

JEFFREY J. DONTIGNEY *v.* COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 901 (AC 19175), is denied.